UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   :
BOARD OF EDUCATION OF THE CITY SCHOOL   :
DISTRICT OF CITY OF NEW YORK,   :
   :
                               Plaintiff,   :                    23-CV-9745 (JMF)
   :
      -v-   :                          ORDER
   :
A G, *by and through his parent, C.G.*, et al.,   :
   :
                              Defendants.   :
   X
------------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      This action is brought under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

    (1) whether there is any need for discovery or an initial conference in this case;

    (2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

    (3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

      In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiff shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

SO ORDERED.

Dated: November 7, 2023
      New York, New York

_____
JESSE M. FURMAN
United States District Judge