UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF CITY OF NEW YORK,

                Plaintiff,                               23-CV-9745 (JMF)

        -v-                                               ORDER

A G, *by and through his parent, C.G.*, et al.,

                Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 14, 2023 Order, ECF No. 5, Plaintiff was required to serve a copy of that Order and the Court's November 7, 2023 Order, ECF No. 3, by November 22, 2023. To date, Plaintiff has not filed any proof that those papers were served. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 28, 2023**. The parties are also reminded that they must submit a joint letter, the contents of which are described in ECF No. 3, by November 29, 2023.

       SO ORDERED.

Dated: November 27, 2023
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge