# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

> Application GRANTED. Plaintiff/Counterclaim-Defendant shall answer the Counterclaims by **April 5, 2024**. The parties shall submit their joint letter, addressing the topics specified in ECF No. 3, no later than **April 19, 2024**. The Clerk is directed to terminate ECF No. 19.
>
> SO ORDERED.
>
> *[signature]*
>
> February 9, 2024

February 8, 2024

*VIA ECF*
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Bd. of Educ. of the City School District of the City of N.Y. v. A.G., et ano.*
      Case No. 23 CV 9745 (JMF)

Dear Judge Furman:

I represent the Defendant and Counterclaim Plaintiff, C.G., the parent of A.G., a student with a learning disability, in the above-referenced action. I am writing jointly on behalf of both parties, although one of the requests set forth herein is only being made on behalf of one of the parties.

C.G. filed his Answer and Counterclaims, that included and additional administrative hearing and systemic claims, which were not the subject of the original complaint. The Answer and Counterclaims are admittedly very detailed. Plaintiff and Counterclaim Defendant, Board of Education of the City School District of the City of New York ("BOE"), is respectfully requesting a sixty-day extension of time to respond to Plaintiffs' Counterclaims from the date it was filed on February 5, 2024. The response would be due on April 5, 2024. Plaintiffs do not object to the request

Further, in light of the above, both parties jointly respectfully request further extension of time to file the joint letter due on Friday, February 9, 2024 (ECF No. 12), until two weeks after BOE's response to C.G.'s Counterclaims. The new deadline for the joint letter would be April 19, 2024. This is the parties' second request for an extension of time to file the joint letter.

Alternatively, if the Court does not grant the parties' joint request of time to file the joint letter, we are requesting at least until Monday, February 13, 2024, to file the letter.

Respectfully Submitted,

/s/

_____
Elisa Hyman

Cc: Counsel of record

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10001

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM