```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT                           :
OF CITY OF NEW YORK,                                                     :
                                                                         :
                                      Plaintiff,                         :      23-CV-9745 (JMF)
                                                                         :
                -v-                                                      :
                                                                         :
A G, by and through his parent, C.G.., et al.,                           :
                                                                         :
                                      Defendants.                        :
                                                                         :
------------------------------------------------------------------------ :
                                                                         :
 C.G., on behalf of himself and his minor child, A.G.,                   :
                                                                         :
                                      Plaintiff,                         :
                                                                         :      24-CV-2050 (JMF)
                -v-                                                      :
                                                                         :
CHANCELLOR DAVID BANKS et al.,                                           :      ORDER
                                                                         :
                                      Defendants.                        :
                                                                         :
------------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **April 3, 2024**, at **10:00 a.m.**  The parties should be prepared to propose next steps in both cases given the overlap between the Complaint in 24-CV-2050 and the Counterclaims in 23-CV-9745.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's

Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

C.G. shall serve promptly a copy of this Order on Chancellor David Banks, the New York City Department of Education, and the City of New York (in case they are not represented by the same counsel as the Board of Education of the City School District of the City of New York), and file proof of such service by **March 27, 2024**.

SO ORDERED.

Dated: March 25, 2024  
New York, New York

_____  
JESSE M. FURMAN  
United States District Judge