# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

April 11, 2024

*VIA ECF*
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Applications GRANTED. The teleconference currently scheduled for April 15, 2024 is hereby ADJOURNED to **May 1, 2024**, at **11:00 a.m.** The Clerk is directed to terminate ECF No. 25 in 23-CV-9745, and ECF No. 17 in 24-CV-2050.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
> April 12, 2024

Re: *C.G., et al., v. New York City Department of Education,* 24 CV 2050 (JMF)/ *Bd. of Educ. of the City School District of the City of N.Y. v. A.G., et ano.* Case No. 23 CV 9745 (JMF)

Dear Judge Furman:

I represent the Plaintiff, C.G., the parent of A.G., a student with a learning disability, in the above-referenced action 24-cv-2050 and the Defendant in 23-cv-9745. ("C.G.")  I am writing to respectfully request an adjournment of the conference that has been rescheduled for Monday, Wednesday, April 15, 2024, at 9:15 a.m. in the above-referenced actions. C.G.'s counsel has a conflict for that date and time.

The Board of Education's ("BOE's") counsel also respectfully requests that the BOE's response to the counterclaims in 23 CV 9745 be due one week after the adjourned date of the conference. Under the circumstances, C.G. joins in the request, as the conference should be held, and the relationship of the cases addressed by the Court prior to the date on which the response should be filed.

The parties have the following dates and times available for the proposed adjourned conference, subject to the Court's availability: 4/22 between 12-3, 4/23 1-2, 4/24 12-5, 4/25 11-1, 2-5, 4/30 2-5, 5/1 10-12:30. If none of the above dates and times work for the Court, the parties can propose additional dates and times.

Thank you for Your Honor's attention to this request.

Respectfully Submitted,

/s/

_____
Elisa Hyman

Cc: Counsel of record