UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT :
OF CITY OF NEW YORK,                                                                  :
:
                                  Plaintiff,                                                 :         23-CV-9745 (JMF)
:
        -v-                                                                                  :
:
A G, *by and through his parent, C.G..*, et al.,                           :
:
                              Defendants.                                           :
:
-------------------------------------------------------------------------- :
:
C.G., *on behalf of himself and his minor child, A.G.*,                 :
:
                              Plaintiff,                                                :
:         24-CV-2050 (JMF)
        -v-                                                                                  :
:
CHANCELLOR DAVID BANKS et al.,                                     :              ORDER
:
                              Defendants.                                           :
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       With apologies for another scheduling change, it is hereby ORDERED that the conference in this matter, previously scheduled for **May 1, 2024, at 11:00 a.m.**, is RESCHEDULED to **May 3, 2024, at 11:00 a.m.**  If the parties are not available at the new date and time, they shall file a letter motion to adjourn, proposing a new time and indicating joint availabilities for all weekdays between May 2, 2024 and May 10, 2024.

       The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at [https://nysd.uscourts.gov/hon-jesse-m-furman](https://nysd.uscourts.gov/hon-jesse-m-furman).  The parties should join the conference by calling the Court's dedicated

conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

C.G. shall serve promptly a copy of this Order on Chancellor David Banks, the New York City Department of Education, and the City of New York (in case they are not represented by the same counsel as the Board of Education of the City School District of the City of New York), and file proof of such service by **April 25, 2024**.

SO ORDERED.

Dated: April 22, 2024
      New York, New York

_____
JESSE M. FURMAN
United States District Judge