```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :
BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT                            :
OF CITY OF NEW YORK,                                                      :
                                                                          :
                                 Plaintiff,                               :      23-CV-9745 (JMF)
                                                                          :
        -v-                                                               :
                                                                          :
A G, by and through his parent, C.G.., et al.,                            :
                                                                          :
                                 Defendants.                              :
                                                                          :
--------------------------------------------------------------------      :
                                                                          :
C.G., on behalf of himself and his minor child, A.G.,                     :
                                                                          :
                                 Plaintiff,                               :
                                                                          :      24-CV-2050 (JMF)
        -v-                                                               :
                                                                          :
CHANCELLOR DAVID BANKS et al.,                                            :      ORDER
                                                                          :
                                 Defendants.                              :
                                                                          :
------------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- The above-captioned cases are hereby CONSOLIDATED pursuant to Rule 42 of the Federal Rules of Civil Procedure.

- By separate Order entered today, the Court will refer all parties to Magistrate Judge Willis for settlement purposes.

- No later than **May 21, 2024**, the parties shall file a joint letter proposing a path forward in the consolidated cases, be it motion practice or discovery, as well as a schedule for any next steps.

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 23-CV-9745, and to close 24-CV-2050.  **All future filings shall be on the 23-CV-9745 docket only.**

SO ORDERED.

Dated: May 14, 2024
New York, New York

_____
JESSE M. FURMAN
United States District Judge