THE LAW OFFICE OF

# ELISA HYMAN, P.C.

May 21, 2024

*VIA ECF*
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. The parties are reminded that they shall make all filings on the 23-CV-9745 docket only. See ECF No. 22. The Clerk is directed to terminate ECF No. 33 in 23-CV-9745, and ECF No. 24 in 24-CV-2050.

SO ORDERED.

May 21, 2024

Re:   *Bd. of Educ. of the City School District of the City of N.Y. v. A.G., et ano.*
      *Case No. 23 CV 9745 (JMF)*

Dear Judge Furman:

I represent the C.G., the parent of A.G., in the above-referenced action. I am writing jointly on behalf of both parties to request an extension of time to file the joint letter due today articulating a path forward pursuant to the Court's order dated May 15, 2024 (ECF No. 30) to May 28, 2024. The reason for the requested extension are set forth herein.

Since the parties appeared before Your Honor, we have scheduled a tentative settlement conference date (subject to the confirmation of both clients' schedules) for July 23, 2024 with Magistrate Judge Tarnofsky, who replaced Judge Willis on May 16, 2024.

As Your Honor is aware, Plaintiffs' counsel was sick last week, and the parties are still in negotiations about what direction to propose relative to next steps, either discovery, motion practice and/or a joint request for a stay pending settlement discussions. As the Court is aware, Plaintiffs' counsel and Defendants' counsel have many cases together which generally settle prior to motion practice and we would hope that could be an option here. This is an unusual case as we have described given that Plaintiffs' counsel did not handle the underlying administrative proceedings.

If the Court is not amenable to granting this extension, the parties ask that we be granted a short, *nunc pro tunc* extension until May 22, 2024, to file the joint letter.

Respectfully Submitted,

/s/

_____
Elisa Hyman

Cc: Counsel of record