UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Board of Education of the City School District of City of New York,<br><br>    Plaintiff,<br><br> -against-<br><br>A G, et al.,<br><br>    Defendants. | 23-CV-09745 (JMF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated May 15, 2024 (ECF 11), Judge Jesse M. Furman referred this case to Magistrate Judge Jennifer E. Willis for settlement. On May 16, 2024, that referral was reassigned to me.

  A settlement conference is scheduled for **Monday, July 29, 2024 at 10:30 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY.

  The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **July 22, 2024, at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: May 24, 2024            SO ORDERED.
      New York, NY

                                 _____
                                 **ROBYN F. TARNOFSKY**
                                 United States Magistrate Judge